UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. HIGGINS, <br><br> Plaintiff, <br><br> v. <br><br> ANDEW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:19-cv-01593-KJN <br><br> STIPULATION AND ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY MICHELLE A. HIGGINS |

The parties hereby stipulate and agree this date of March 5, 2020, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **March 7, 2019** to **March 28, 2020** with all other deadlines likewise extended. This is Plaintiff's first extension of time.

The good cause supporting this stipulation includes our evaluation that current motion status cannot with diligence meet professional standards.

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney <br> DEBORAH LEE STACHEL, Regional Chief Counsel, Region IX, Soc. Sec. Admin. <br> CHANTAL R. JENKINS, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* <br> Robert C. Weems, <br> Attorney for Plaintiff | By: */s/ CHANTAL R. JENKINS* <br> Chantal R. Jenkins, Sp. Asst. U.S. Attorney, <br> Attorneys for Defendant |

**SO ORDERED:**

Dated:  March 5, 2020

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE