Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
  *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
MICHELLE A. HIGGINS

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. HIGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-01593-KJN<br><br>STIPULATION AND ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY MICHELLE A. HIGGINS |

The parties hereby stipulate and agree this date of April 1, 2020, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from **March 28, 2019** to **April 27, 2020,** with all other deadlines likewise extended. This is Plaintiff's second extension of time.

The good cause supporting this stipulation includes our evaluation that current motion status cannot with diligence meet professional standards given Mr. Weems reliance on Mr. Ragnes fact finding, Mr. Ragnes history of pulmonary illness, and the impact that the corona virus on normal case development.

/ / /

/ / /

| | |
|---|---|
| WEEMS LAW OFFICES | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>   Counsel, Region IX, Soc. Sec. Admin.<br>CHANTAL R. JENKINS, Sp. Asst. U.S.<br>Attorney |
| _/s/Robert C. Weems_<br>Robert C. Weems,<br>Attorney for Plaintiff | By: _/s/ CHANTAL R. JENKINS_<br>Chantal R. Jenkins, Sp. Asst. U.S. Attorney,<br>Attorneys for Defendant<br>(per e-mail authorization) |

**SO ORDERED:**

Dated: April 1, 2020

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE