McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. HIGGINS,<br><br>    Plaintiff,<br><br>  vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:19-cv-01593-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time from May 29, 2020 to June 29, 2020 to respond to Plaintiff's motion for summary judgment.  This is Defendant's first request.  Defendant's counsel is in the discovery phase of a federal court employment case and is in the process of attending four depositions and responding to supplemental discovery requests this month.  Defendant's counsel also has to draft several briefs this month in other social security cases.  Counsel, therefore, requests additional time to further consider the record and the issues raised in Plaintiff's brief, which is 40 pages, and draft the responsive motion.  Defendant's

1

counsel understands that this case has already been extended and apologizes to the Court for this additional delay.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

WEEMS LAW OFFICES

Dated:  May 20, 2020          /s/ Robert C. Weems by Chantal R. Jenkins*
*As authorized *via* email on May 19, 2020
Robert C. Weems
Attorney for Plaintiff

Dated:  May 20, 2020          McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/ Chantal R. Jenkins
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated:  May 26, 2020

/1593.1st.ext.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2