McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE A. HIGGINS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:19-cv-01593-KJM<br><br>STIPULATION AND ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will direct the Administrative Law Judge to reassess Plaintiff's residual functional capacity and symptoms testimony and, as necessary, obtain evidence from a vocational expert.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

                                                            Respectfully submitted,

Dated: June 26, 2020             */s/ Robert Weems by Chantal R. Jenkins\**
                                                    \*As authorized *via* email on June 26, 2020
                                                    Robert Weems
                                                    Attorney for Plaintiff

Dated: June 26, 2020             McGREGOR W. SCOTT
                                                    United States Attorney
                                                    DEBORAH LEE STACHEL
                                                    Regional Chief Counsel, Region IX
                                                    Social Security Administration

                                     By:    */s/ Chantal R. Jenkins*
                                                    CHANTAL R. JENKINS
                                                    Special Assistant United States Attorney

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: July 1, 2020

                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE

/1593.higg