UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. HIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:19–cv–1593–KJM–KJN<br><br><u>ORDER</u><br><br>(ECF Nos. 26, 32) |

On August 31, 2022, the magistrate judge filed findings and recommendations (ECF No. 32), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 32) are ADOPTED IN FULL;
2. Plaintiff's counsel's motion for attorney's fees (ECF No. 26) is GRANTED;
3. The Commissioner is ordered to pay plaintiff's counsel the sum of $12,222.99 in attorney's fees under 42 U.S.C. § 1383(d); and
4. Plaintiff's counsel is ordered to reimburse plaintiff for the $9,500.00 in previously-awarded EAJA fees.

DATED: October 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE